# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

James L. Corpening, Jr.
Chief U.S. Probation Officer



150 Rowan Street, Suite 110
Fayetteville, NC 28301-5730
910-354-2543
Fax: 919-483-2690

**DATE:** October 16, 2017

**FROM:** Mark Culp
U.S. Probation Officer

**SUBJECT:** FLOWERS, JR., Sylvester
Case No.: 7:99-CR-69-1BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
U.S. District Judge

On December 11, 2000, pursuant to a guilty plea to Conspiracy to Distribute and Possess With the Intent to Distribute Cocaine Base (Crack) and Marijuana and Use or Carry a Firearm During and in Relation to a Drug Trafficking Crime and Aiding and Abetting, Sylvester Flowers, Jr. appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to 180 months imprisonment to be followed by 5 years supervised release.

The defendant was released from custody on June 26, 2013, and began supervision in the Middle District of North Carolina. On July 5, 2013, supervision was transferred to the Eastern District of North Carolina.

He has performed satisfactorily on supervision. He has submitted to DNA testing, all drug screens have been negative, and he has been on low intensity supervision since October 2016. His term of supervision is set to expire on June 25, 2018.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted and input was requested; however, we have received a response and they are not opposed to early termination. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____          10·16·17
Terrence W. Boyle                                      Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.             Crim. No. 7:99-CR-69-1BO

SYLVESTER FLOWERS JR

On June 26, 2013, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,          I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain  
Michael C. Brittain  
Supervising U.S. Probation Officer

/s/ Mark Culp  
Mark Culp  
U.S. Probation Officer  
150 Rowan Street Suite 110  
Fayetteville, NC 28301  
Phone: 910-483-8613  
Executed On: October 16, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __16__ day of __October__, 2017.

Terrence W. Boyle  
U.S. District Judge